# Form 1120S

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2018**

For calendar year 2018 or tax year beginning _____ , ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>11/08/11 | TYPE<br><br>OR<br><br>PRINT | Name<br>MID-ATLANTIC SYSTEMS OF WPA, INC<br>MID-ATLANTIC SYSTEMS OF WPA | **D** Employer identification number<br>45-3809329 |
| **B** Business activity code number (see instructions)<br>238100 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>7257 PARKWAY DRIVE SUITE 160 | **E** Date incorporated<br>11/08/2011 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>HANOVER          MD 21076 | **F** Total assets (see instructions)<br>$ 70,376 |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year  ▶  1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 923,418 | |
| b | Returns and allowances | 1b | 4,421 | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 918,997 |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 673,451 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 245,546 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instructions—attach statement)   See Stmt 1 | | | 5 | 11,760 |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | | | 6 | 257,306 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | 27,296 |
| 9 | Repairs and maintenance | 9 | 26 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 24,668 |
| 12 | Taxes and licenses | 12 | 28,284 |
| 13 | Interest (see instructions) | 13 | 4,107 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 1,499 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 1,198 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 17,760 |
| 19 | Other deductions (attach statement)   See Stmt 2 | 19 | 200,477 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 305,315 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -48,009 |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Refundable credit from Form 8827, line 8c | 23d | | |
| e | Add lines 23a through 23d | | | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| 27 | Enter amount from line 26: Credited to 2019 estimated tax ▶ _____ Refunded ▶ | | | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title  PRESIDENT | May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No |
|---|---|---|---|
| EDWIN FENNELL | | | |

### Paid Preparer Use Only

| Print/Type preparer's name<br>SUNG M. NOH | Preparer's signature | Date<br>04/11/19 | Check ☐ if self-employed | PTIN<br>P00964707 |
|---|---|---|---|---|
| Firm's name ▶ David Pomerantz & Associates, LLC | | | Firm's EIN ▶ | 52-1311929 |
| Firm's address ▶ 1836 Metzerott Rd<br>Adelphi, MD          20783-3475 | | | Phone no. | 301-445-6300 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2018)

DAA

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual | | |
| | **c** ☐ Other (specify) ▶ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ▶ WATERPROOFING      **b** Product or service ▶ SERVICE CONTRACTOR | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| **4** | At the end of the tax year, did the corporation: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ..... **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5 a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock ▶ | | |
| | **(ii)** Total shares of non-restricted stock ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year ▶ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ | | |
| **6** | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years), enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **10** | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions | X | |
| | **a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | |
| | **b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| **11** | Does the corporation satisfy **both** of the following conditions? | | |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000 | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Case 1:20-bk-02176-HWV   Doc 1-1   Filed 07/20/20   Entered 07/20/20 13:19:42   Desc
Financials   Page 2 of 23

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? | | | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996, line 13 ▶ $ | | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | | **1** | −48,009 |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | | **3c** | |
| | **4** Interest income | | | **4** | |
| | **5** Dividends: **a** Ordinary dividends | | | **5a** | |
| | **b** Qualified dividends | **5b** | | | |
| | **6** Royalties | | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | | **9** | |
| | **10** Other income (loss) (see instructions)  Type ▶ | | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | | **11** | |
| | **12a** Charitable contributions           See Stmt | | | **12a** | |
| | **b** Investment interest expense | | | **12b** | |
| | **c** Section 59(e)(2) expenditures  **(1)** Type ▶          **(2)** Amount ▶ | | | **12c(2)** | |
| | **d** Other deductions (see instructions)        Type ▶ | | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | | **13a** | |
| | **b** Low-income housing credit (other) | | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | **13c** | |
| | **d** Other rental real estate credits (see instructions)  Type ▶ | | | **13d** | |
| | **e** Other rental credits (see instructions)        Type ▶ | | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | | **13f** | |
| | **g** Other credits (see instructions)        Type ▶ | | | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ▶ | | | | |
| | **b** Gross income from all sources | | | **14b** | |
| | **c** Gross income sourced at shareholder level | | | **14c** | |
| | Foreign gross income sourced at corporate level | | | | |
| | **d** Section 951A category | | | **14d** | |
| | **e** Foreign branch category | | | **14e** | |
| | **f** Passive category | | | **14f** | |
| | **g** General category | | | **14g** | |
| | **h** Other (attach statement) | | | **14h** | |
| | Deductions allocated and apportioned at shareholder level | | | | |
| | **i** Interest expense | | | **14i** | |
| | **j** Other | | | **14j** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | | |
| | **k** Section 951A category | | | **14k** | |
| | **l** Foreign branch category | | | **14l** | |
| | **m** Passive category | | | **14m** | |
| | **n** General category | | | **14n** | |
| | **o** Other (attach statement) | | | **14o** | |
| | Other information | | | | |
| | **p** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | | | **14p** | |
| | **q** Reduction in taxes available for credit (attach statement) | | | **14q** | |
| | **r** Other foreign tax information (attach statement) | | | | |

DAA

Case 1:20-bk-02176-HWV   Doc 1-1   Filed 07/20/20   Entered 07/20/20 13:19:42   Desc
Financials   Page 3 of 23

## Schedule K     Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment  …… 15a | -19 |
| | **b** Adjusted gain or loss  …… 15b | |
| | **c** Depletion (other than oil and gas)  …… 15c | |
| | **d** Oil, gas, and geothermal properties – gross income  …… 15d | |
| | **e** Oil, gas, and geothermal properties – deductions  …… 15e | |
| | **f** Other AMT items (attach statement)  …… 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income  …… 16a | |
| | **b** Other tax-exempt income  …… 16b | |
| | **c** Nondeductible expenses  …… 16c | 915 |
| | **d** Distributions (attach statement if required) (see instructions)  …… 16d | |
| | **e** Repayment of loans from shareholders  …… 16e | |
| **Other Information** | **17a** Investment income  …… 17a | |
| | **b** Investment expenses  …… 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits  …… 17c | |
| | **d** Other items and amounts (attach statement)      See Statement 3 | |
| **Reconciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p …… 18 | -48,009 |

## Schedule L     Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 1,605 | | 4,758 |
| 2a | Trade notes and accounts receivable | 14,793 | | 18,221 | |
| b | Less allowance for bad debts | ( ) | 14,793 | ( ) | 18,221 |
| 3 | Inventories | | 9,404 | | 9,404 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement)  Stmt 4 | | 16,236 | | 35,988 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | 439,027 | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 39,945 | | 39,945 | |
| b | Less accumulated depreciation | 37,695 | 2,250 | 39,194 | 751 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement)  Stmt 5 | | 2,790 | | 1,254 |
| 15 | Total assets | | 486,105 | | 70,376 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 232,604 | | 35,144 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | 143,838 |
| 18 | Other current liabilities (attach statement)  Stmt 6 | | 45,474 | | 100,958 |
| 19 | Loans from shareholders | | 23,100 | | 23,100 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 846,002 | | 871,108 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -661,075 | | -1,103,772 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 486,105 | | 70,376 |

Form **1120S** (2018)

DAA

Form 1120S (2018)  **MID-ATLANTIC SYSTEMS OF WPA, INC**  45-3809329  Page **5**

### Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -48,924 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | Stmt 7      915 | 915 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -48,009 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -48,009 |

### Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -662,831 | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( 48,009 ) | | | |
| 5 | Other reductions      Stmt 8 | ( 394,688 ) | | ( ) | |
| 6 | Combine lines 1 through 5 | -1,105,528 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -1,105,528 | | | |

Form **1120S** (2018)

DAA

| Form **1125-A** | | **Cost of Goods Sold** | | |
|---|---|---|---|---|
| (Rev. November 2018) | | | | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | | |

| Name | Employer identification number |
|---|---|
| MID-ATLANTIC SYSTEMS OF WPA, INC | 45-3809329 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 9,404 |
| 2 | Purchases | 2 | 213,979 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                    Stmt 9 | 5 | 459,472 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 682,855 |
| 7 | Inventory at end of year | 7 | 9,404 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 673,451 |

**9a** Check all methods used for valuing closing inventory:

- (i) ☒ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.                                    Form **1125-A** (Rev. 11-2018)

DAA

671118

Schedule K-1
(Form 1120S)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

| | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

beginning _____      ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
45-3809329

**B** Corporation's name, address, city, state, and ZIP code

MID-ATLANTIC SYSTEMS OF WPA, INC
MID-ATLANTIC SYSTEMS OF WPA
7257 PARKWAY DRIVE SUITE 160
HANOVER          MD   21076

**C** IRS Center where corporation filed return
e-file

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

EDWIN D FENNELL

**F** Shareholder's percentage of stock ownership for tax year ..................... 100.000000 %

For IRS Use Only

---

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −48,009 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 A | Alternative minimum tax (AMT) items −19 |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis   STMT |
| 12 | Other deductions | | |
| | | 17 V* | Other information −48,009 |
| | | W* | 27,296 |
| | | X* | 39,945 |

* See attached statement for additional information.

---

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120S) 2018

DAA

# Section 199A Information Worksheet

| Form **1120S** | For calendar year 2018 or tax year beginning , ending | **2018** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| MID-ATLANTIC SYSTEMS OF WPA, INC | 45-3809329 |

### Activity Description

Column A .......... Page 1 Activity
Column B .......... _____
Column C .......... _____
Column D .......... _____
Column E .......... _____

|  | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Specified service business | No |  |  |  |  |
| Ordinary business income (loss) | -48,009 |  |  |  |  |
| Net rental real estate income (loss) |  |  |  |  |  |
| Other net rental income (loss) |  |  |  |  |  |
| Royalties |  |  |  |  |  |
| **Section 199A income** | -48,009 |  |  |  |  |
| **Section 199A W-2 wages** | 27,296 |  |  |  |  |
| **Section 199A unadjusted basis** | 39,945 |  |  |  |  |

Other Information:
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Cooperative QPAI deduction to patron

### Federal Taxable Income Worksheet, Line 16 - Charitable Contributions

| Description | Amount |
|---|---|
| 4th Preceding Yr Carryover | $ 4,200 |
| 3rd Preceding Yr Carryover | 5,150 |
| 2nd Preceding Yr Carryover | 3,500 |
| 1st Preceding Yr Carryover | 230 |
| Total Carryovers | 13,080 |
| Current Year Contributions | |
| Total Contributions | 13,080 |
| 10% of Taxable Income | -4,801 |
| Allowable Contributions | |

### Statement 1 - Form 1120S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---:|
| DEBT FORGIVENESS | $ 3,873 |
| MISC INCOME | 2,365 |
| OTHER INCOME | 5,522 |
| Total | $ 11,760 |

### Statement 2 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| 401K ADMIN FEE | $ 300 |
| BANK CHARGES | 5,030 |
| COMPUTER - OFFICE | |
| COMPUTER SUPPLIES/SOFTWARE | 1,755 |
| COPIER LEASE AND SUPPLY | |
| CREDIT CARD FEES | |
| EMPLOYEE VER/SEARCH | 1,225 |
| GLOBAL MNGMNT FEE | 25,928 |
| INSURANCE - AUTO TRUCK | 6,773 |
| INSURANCE - LIABILITY & BLDG | 32,327 |
| INSURANCE-WORKERS COMP | |
| INTERNET | 1,286 |
| LEGAL FEES | 41,302 |
| LEGAL SETTLEMENTS | |
| MEAL EXPENSE | |
| NHA MANAGEMENT FEES | 17,285 |
| OFFICE CLEANING | |
| OFFICE EQUIPMENT | 8,852 |
| OFFICE SUPPLIES | 1,053 |
| PAYROLL SERVICE | 3,875 |
| PHONE LEASE | |
| POSTAGE | 2,243 |
| PRINTING | 3,784 |
| PROFESSIONAL FEE | 6,992 |
| PROPOINT SOFTWARE | |
| SALES EXPENSES | 1,599 |
| SOFTWARE MAIN | |
| SUBSTANCE TESTS | |
| SUPPLIES | |
| TELEPHONE EXPENSE | 10,902 |
| TRAINING & SEMINARS | 5,391 |
| TRAVEL | 16,712 |
| UTILITIES | 5,863 |
| MISC EXPENSES | |
| Total | $ 200,477 |

1-2

### Statement 3 - Form 1120S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
| --- | --- |
| Section 199A Information - See Attached Wrk | |

### Statement 4 - Form 1120S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
| --- | --- | --- |
| Prepaid State Tax | $ 2,289 | $ 2,289 |
| DUE FROM BASEMENT | | |
| DUE FROM CALL CENTER | 8,100 | 31,150 |
| DUE FROM CHESAPEAKE ENVIRO | | 2,402 |
| DUE FROM GLOBAL CONSULT | | |
| DUE FROM MD | | |
| DUE FROM NHA | | |
| DUE FROM DPN | | 147 |
| DUE FROM NY | | |
| PREPAID PAYROLL EXPENSES | 5,847 | |
| PREPAID PROPOINT SOFTWARE | | |
| PREPAID SEMINAR | | |
| Total | $ 16,236 | $ 35,988 |

### Statement 5 - Form 1120S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
| --- | --- | --- |
| ELECTRIC DEPOSIT | $ 122 | $ 115 |
| OFFICE RENT DEPOSIT | 2,668 | 1,139 |
| Total | $ 2,790 | $ 1,254 |

### Statement 6 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
| --- | --- | --- |
| ACCRUED EXPENSES | $ | $ |
| ACCRUED LEGAL SETTLEMENTS | 30,000 | |
| BANK OVERDRAFT | 12,424 | 20,954 |
| CUSTOMER DEPOSITS | 3,000 | 672 |
| GE FEE PAYABLE | | |
| LEGAL SETTLEMENTS | | 30,000 |
| MANAGEMENT FEE GLOBAL | | 19,339 |
| MANAGEMENT FEE NHA | | 11,824 |
| PAYROLL TAX LIABILITIES | 50 | 18,169 |
| Total | $ 45,474 | $ 100,958 |

Case 1:20-bk-02176-HWV    Doc 1-1    Filed 07/20/20    Entered 07/20/20 13:19:42    Desc
Financials    Page 11 of 23

### Statement 7 - Form 1120S, Page 5, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| MISC EXPENSES | $ |
| Fines and Penalties | 763 |
| Officer Life Ins Premiums | 152 |
| Total | $ 915 |

### Form 1120S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
|---|---|
| RE ADJUSTMENT | $ |
| Total | $ 0 |

### Statement 8 - Form 1120S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| RE ADJUST | $ 393,773 |
| Fines and Penalties | 763 |
| Officer Life Ins Premiums | 152 |
| Total | $ 394,688 |

7-8

### Statement 9 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| ADVERTISING & HOMESHOW | $      113,003 |
| COMMISSIONS | 89,111 |
| PARTICIPATION FEES | 76,321 |
| SERVICE FEES | |
| SUB INSTALLATION | 181,037 |
| Total | $      459,472 |

9

18N0055  MID-ATLANTIC SYSTEMS OF WPA, INC

45-3809329

FYE: 12/31/2018

**Federal Statements**

**EDWIN D FENNELL**

4/11/2019  10:45 AM

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Fines and Penalties | $ 763 |
| Officer Life Premiums | 152 |
| Total | $ 915 |

| Form **1120S** Schedule K-1 | Schedule K-1, Box 17 Codes V, W and X Shareholder's Section 199A Information Worksheet | **2018** |
|---|---|---|

For calendar year 2018 or tax year beginning _____ , ending _____

| Name | Taxpayer Identification Number |
|---|---|
| MID-ATLANTIC SYSTEMS OF WPA, INC<br>EDWIN D FENNELL | 45-3809329 |

### Activity Description

| Column A | Page 1 Activity |
|---|---|
| Column B | |
| Column C | |
| Column D | |
| Column E | |

| | Column A | Column B | Column C | Column D | Column E | Total |
|---|---|---|---|---|---|---|
| Specified service business | No | | | | | |
| Ordinary business income (loss) | -48,009 | | | | | |
| Net rental real estate income (loss) | | | | | | |
| Other net rental income (loss) | | | | | | |
| Royalties | | | | | | |
| **17V Section 199A income** | -48,009 | | | | | -48,009 |
| | | | | | | |
| **17W Section 199A W-2 wages** | 27,296 | | | | | 27,296 |
| **17X Section 199A unadjusted basis** | 39,945 | | | | | 39,945 |

**Other Information:**

QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Cooperative QPAI deduction to patron

# Mid-Atlantic Systems of WPA Inc.
# Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **41000-0 · PENNSYLVANIA REVENUE** | |
| 41000-1 · PA SALES REVENUE | 874,643.36 |
| 41003-1 · WARRANTY/PUMP RENEWAL PA | 223.00 |
| 41002-1 · SERVICE  INCOME PA | 258.00 |
| 41000-0 · PENNSYLVANIA REVENUE - Other | 129.00 |
| **Total 41000-0 · PENNSYLVANIA REVENUE** | 875,253.36 |
| **41012-0 · OHIO REVENUE** | 36,194.00 |
| **41013-1 · WEST VA REVENUES** | 11,966.00 |
| **42000-1 · DISCOUNTS- REIMB PA** | |
| PA DISCOUNT ALLOW | -4,026.32 |
| 42000-1 · DISCOUNTS- REIMB PA - Other | 225.00 |
| **Total 42000-1 · DISCOUNTS- REIMB PA** | -3,801.32 |
| **42000-3 · DISCOUNTS REIMB OHIO** | |
| OHIO DISCOUNTS | 4.66 |
| **Total 42000-3 · DISCOUNTS REIMB OHIO** | 4.66 |
| **42000-2 · DISCOUNTS-REIMB WEST VA** | |
| WEST VA DISCOUNTS | -620.00 |
| **Total 42000-2 · DISCOUNTS-REIMB WEST VA** | -620.00 |
| **Total Income** | 918,996.70 |
| **Cost of Goods Sold** | |
| **50001 · Cost of Goods Sold** | |
| 53900-1 · Finance Fees | 74,541.18 |
| 53900-2 · Credit Card Fees | 1,779.87 |
| **Total 50001 · Cost of Goods Sold** | 76,321.05 |
| **51000-1 · COMMISSIONS** | 89,111.35 |
| **53000-1 · SUBS INSTALLATION** | 181,036.92 |
| **53900-0 · SERVICE/INSTALLATION COSTS** | |
| 53901-0 · SERVICE/SUBS LODGING  EXPENSE | 1,844.05 |
| 53999-9 · DIRECT BUILDING SUPPLIES | |
| 54552-0 · DYNA PEIR SEGMENTS | 3,148.40 |
| 53980-0 · SHIPPING EXPENSE | 3,722.19 |
| 53982-0 · USE TAX EXPENSE | 2,554.06 |
| 54000-0 · MATERIALS/SUPPLIES MISC | 12,366.65 |
| 54100 · BATTERIES | |
| 54100-1 · BOXES, BATTERY BOXES | 0.00 |
| 54100 · BATTERIES - Other | 145.00 |
| **Total 54100 · BATTERIES** | 145.00 |
| 54111-0 · SAFETY TOOLS AND EQUIPMENT | 300.00 |
| 54112 · INVERTERS 120%MIDA POWER | 278.00 |
| 54200 · PITS | 3,514.79 |
| 54300-0 · CK VALVES 8 | -23.96 |
| 54400-0 · PUMPS | 30,847.34 |
| 54555 · FIBER REIN MEMBRANE | |
| 54555-1 · TAPE; FIBER REINF MEMBRANE | 0.00 |
| 54555 · FIBER REIN MEMBRANE - Other | 0.00 |
| **Total 54555 · FIBER REIN MEMBRANE** | 0.00 |
| 54556 · COVE PLATE | 220.00 |
| 54711-1 · MIDA AIRE | 356.89 |

# Mid-Atlantic Systems of WPA Inc.
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---|
| 54711-2 · DISPENSERS FOR MIDA AIRE | 307.49 |
| 54711-3 · FIBERFORCE/epoxy | 4,759.00 |
|  |  |
| 54711-5 · WALL= MIDA WALL |  |
|     54711-6 · JOINERS END CAPS FASTENERS | 0.00 |
|     54711-5 · WALL= MIDA WALL - Other | 398.68 |
|  |  |
| Total 54711-5 · WALL= MIDA WALL | 398.68 |
|  |  |
| 54750 · CONVECTION PORTS |  |
|     54750-1 · WEEPING PORTS | 705.00 |
|     54750 · CONVECTION PORTS - Other | 576.00 |
|  |  |
| Total 54750 · CONVECTION PORTS | 1,281.00 |
|  |  |
| 54802-1 · TRAC HYDRO |  |
|     54802-4 · INSIDE CORNERS | 826.64 |
|     54802-1 · TRAC HYDRO - Other | 10,002.16 |
|  |  |
| Total 54802-1 · TRAC HYDRO | 10,828.80 |
|  |  |
| Total 53999-9 · DIRECT BUILDING SUPPLIES | 75,004.33 |
|  |  |
| 55650-0 · TOTAL PERMIT FEES |  |
|     55650-1 · PERMITS | 1,040.75 |
|  |  |
| Total 55650-0 · TOTAL PERMIT FEES | 1,040.75 |
|  |  |
| 55000-1 · OTHER SERVICE COSTS |  |
|     55351-1 · FOOD | 37.27 |
|     55401-1 · GPS MONITORING | 341.00 |
|     55150-1 · TOOL REPAIR | 165.14 |
|     55200-1 · DUMP | 2,201.87 |
|     55250-1 · ENGINEER CONSULTING | 3,300.00 |
|     55300-1 · GAS/DIESEL/WASH/MILEAGE | 10,703.30 |
|     55350-1 · TOLLS PARKING | 3,101.93 |
|     55400-1 · TRUCK MAINTENANCE | 2,077.35 |
|     55450-1 · UNIFORMS-PRODUCTION CLOTHING | 803.62 |
|     55500-1 · BIG TOOLS | 358.22 |
|     55501-1 · SMALL TOOLS | 44.44 |
|     55600-4 · EQUIPMENT RENTAL | 1,466.43 |
|     55650-4 · VEHICLE EXPENSE | 3,044.62 |
|     55675-1 · LEASE EXPENSE VEHICLES | 6,557.52 |
|  |  |
| Total 55000-1 · OTHER SERVICE COSTS | 34,202.71 |
|  |  |
| 56000-1 · PRODUCTION PERSONNEL |  |
|     56150-1 · QUALITY CONTROL MANAGER | 16,697.42 |
|     56250-1 · PRODUCTION MANAGER | 41,182.38 |
|     56500-1 · PRODUCTION SECRETARY | 3,442.75 |
|  |  |
| Total 56000-1 · PRODUCTION PERSONNEL | 61,322.55 |
|  |  |
| 57000-1 · SERVICE FIELD PERSONNEL |  |
|     57100-1 · SERVICE TECHNICIANS | 40,564.41 |
|  |  |
| Total 57000-1 · SERVICE FIELD PERSONNEL | 40,564.41 |
|  |  |
| Total 53900-0 · SERVICE/INSTALLATION COSTS | 213,978.80 |
|  |  |
| 58000-1 · ADVERTISING |  |
| 58100 · PERSONNEL |  |
|     58200-1 · BOOKERS | 3,406.40 |
|  |  |
| Total 58100 · PERSONNEL | 3,406.40 |
|  |  |
| 59250-1 · MEDIA-WPA |  |
|     59540-9 · PAID LEAD MIDA CALL CENTER | 950.00 |
|     59320-1 · ADV.WEB SITE | 18,054.94 |
|     59330-1 · ADV.MISCELLANEOUS | 1,776.04 |
|     59500-1 · TELEPHONE- ADVERT. | 4,095.79 |

Case 1:20-bk-02176-HWV    Doc 1-1    Filed 07/20/20    Entered 07/20/20 13:19:42    Desc
Financials    Page 17 of 23

# Mid-Atlantic Systems of WPA Inc.
## Profit & Loss
### January through December 2018

| | Jan - Dec 18 |
|---|---|
| **59540-1 · PAIDLEADS** | 17,716.63 |
| **59550-1 · DO NOT CALL LIST** | 289.00 |
| **Total 59250-1 · MEDIA-WPA** | 42,882.40 |
| **59340-1 · *HOMESHOWS** | |
| **53333-3 · HS PRINTING** | 292.83 |
| **59341-0 · HS FEES** | |
| **49341-6 · HS BOOTHS/TENTS/DISPLAYS/BANNER** | 104.26 |
| **59341-0 · HS FEES - Other** | 9,390.00 |
| **Total 59341-0 · HS FEES** | 9,494.26 |
| **59350-2 · HS GIVEAWAYS** | 11.02 |
| **59359-4 · HS TRAVEL COSTS** | 3,853.81 |
| **59359-4 · HS LODGING** | 520.66 |
| **59359-6 · HS MISC ITEMS NEEDED** | 20.00 |
| **59360-1 · HS EMPLOYEES** | 8,905.78 |
| **59360-2 · HS EVENTS COORDINATOR** | 43,616.12 |
| **Total 59340-1 · *HOMESHOWS** | 66,714.48 |
| **Total 58000-1 · ADVERTISING** | 113,003.28 |
| **Total COGS** | 673,451.40 |
| **Gross Profit** | 245,545.30 |
| **Expense** | |
| **604000 · BANK SERVICE CHARGES** | 18.00 |
| **61001-1 · OFFICE SUPPLY / MISC EXP** | 1,053.18 |
| **61070-1 · POSTAGE** | |
| **61080-1 · UPS FED EX OVERNIGHT MAIL** | 2,178.26 |
| **61070-1 · POSTAGE - Other** | 64.70 |
| **Total 61070-1 · POSTAGE** | 2,242.96 |
| **61100-1 · BANK CHARGES** | 5,011.73 |
| **61500-1 · CLASSIFIED ADS** | |
| **61520-1 · CLASSIFIED-SALES** | 517.47 |
| **61530-1 · CLASSIFIED-SERVICE** | 260.00 |
| **61500-1 · CLASSIFIED ADS - Other** | 420.26 |
| **Total 61500-1 · CLASSIFIED ADS** | 1,197.73 |
| **61700-1 · PRINTING** | 3,784.01 |
| **62300-1 · OFFICE RENT** | 22,668.00 |
| **62500-1 · TELEPHONE** | 10,901.96 |
| **62501-0 · INTERNET** | 1,286.12 |
| **62600-4 · UTILITIES** | 5,863.04 |
| **63110-1 · COMPUTER SUPPLY/SOFTWARE** | 1,775.44 |
| **63600-1 · COPIER LEASE AND SUPPLY** | 8,851.67 |
| **63700-1 · OFFICE EQUIPMENT** | 39.99 |
| **64050-1 · SALES EXPENSE** | |
| **64070-1 · AWARDS** | 1,322.24 |
| **64050-1 · SALES EXPENSE - Other** | 276.30 |
| **Total 64050-1 · SALES EXPENSE** | 1,598.54 |
| **64080-0 · TRAININGS-SEMINARS** | |
| **64080-1 · SALES TRAININGS** | 1,124.00 |
| **64080-2 · SALES MEETINGS** | 22.53 |
| **64080-3 · TRAINING LODGING** | 3,763.86 |
| **64080-4 · OTHER TRAININGS** | 480.47 |
| **Total 64080-0 · TRAININGS-SEMINARS** | 5,390.86 |
| **64200-1 · INTEREST EXPENSE** | 4,106.59 |
| **64250-1 · LICENSES & FEES** | |

# Mid-Atlantic Systems of WPA Inc.
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---|
| 64251-1 · MEMBERSHIP DUES | 675.00 |
| 64251-2 · CREDIT BUREAU | 642.00 |
| 64250-1 · LICENSES & FEES - Other | 1,860.34 |
| **Total 64250-1 · LICENSES & FEES** | **3,177.34** |
| 64260-1 · LEGAL FEES | 41,301.67 |
| 64290-1 · PROFESSIONAL FEES | 6,992.44 |
| 64310-4 · WORKMANS COMP | -2,364.94 |
| 64320-1 · AUTO/TRUCK INS. | 6,773.39 |
| 64330-1 · LIABILITY/BLDG | 32,326.71 |
| 649000 · OFFICE SUPPLIES | 26.26 |
| 67540-1 · OFFICE MAINTENANCE | 408.26 |
| 68000 · PAYROLL EXPENSES | |
|   68100 · SALARIES & WAGES | |
|     67100-1 · GENERAL MANAGER | 10,321.09 |
|     67100-4 · NATIONAL MANAGER | 11,666.08 |
|     68100-3 · CLERICAL | 5,308.95 |
|   **Total 68100 · SALARIES & WAGES** | **27,296.12** |
|   68200 · PAYROLL TAXES | |
|     68200-1 · FICA/MEDICARE EXPENSE | 12,024.02 |
|     68200-2 · FUTA EXPENSE | 458.94 |
|     68200-3 · SUI EXPENSE | 6,710.94 |
|   **Total 68200 · PAYROLL TAXES** | **19,193.90** |
|   69000-0 · EMPLOYEE BENEFITS | |
|     69100-1 · INS-MEDICAL EXPENSE | 17,760.10 |
|     69100-2 · INS-LIFE EXPENSE | 152.10 |
|     69400-2 · 401K ADMINISTRATION FEES | 300.00 |
|   **Total 69000-0 · EMPLOYEE BENEFITS** | **18,212.20** |
|   69500-0 · EMPLOYMENT EXPENSES | |
|     69500-1 · BACKGROUND CHECKS | 1,039.89 |
|     69500-2 · SUBSTANCE TESTS | 184.74 |
|   **Total 69500-0 · EMPLOYMENT EXPENSES** | **1,224.63** |
|   68010 · PAYROLL SERVICES | 3,875.19 |
|   68000 · PAYROLL EXPENSES - Other | 0.00 |
| **Total 68000 · PAYROLL EXPENSES** | **69,802.04** |
| 70000 · OTHER TAXES | 5,921.70 |
| 68720-4 · LODGING | 9,695.73 |
| 68730-1 · TRAVEL | |
|   68730-2 · TRAVEL FOOD | 550.15 |
|   68730-1 · TRAVEL - Other | 6,466.20 |
| **Total 68730-1 · TRAVEL** | **7,016.35** |
| 69800 · DEPRECIATION EXPENSE | |
|   69800-1 · DEPRECIATION EXPENSE VEHICLES | 576.00 |
|   69800-3 · DEPRECIATION EXPENSE EQUIPMENT | 324.45 |
|   69800-4 · DEPRECIATION EXPENSE FURNITURE | 1,175.64 |
| **Total 69800 · DEPRECIATION EXPENSE** | **2,076.09** |
| 69999-1 · MGMT FEES NHA | 17,285.42 |
| 69999-2 · MGMT FEES GLOBAL | 25,928.14 |
| **Total Expense** | **302,156.42** |
| **Net Ordinary Income** | **-56,611.12** |
| Other Income/Expense | |
|   Other Income | |
|     87000 · DEBT FORGIVNESS | 3,872.85 |

# Mid-Atlantic Systems of WPA Inc.
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---|
| **70100 · Other Income** | 5,522.18 |
| **Total Other Income** | 9,395.03 |
| **Other Expense** | |
| **90000 · PENALTIES/ NOT TAXABLE** | 762.92 |
| **Total Other Expense** | 762.92 |
| **Net Other Income** | 8,632.11 |
| **Net Income** | -47,979.01 |

# Mid-Atlantic Systems of WPA Inc.
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10100 · CASH IN BANK** | |
| 10100-1 · PNC CHECKING #9139 | 5,807.78 |
| **Total 10100 · CASH IN BANK** | 5,807.78 |
| **10900 · PETTY CASH** | 950.00 |
| **Total Checking/Savings** | 6,757.78 |
| **Other Current Assets** | |
| **17000-0 · NOTES RECEIVABLE OTHER CORPS** | |
| 17000-9 · NOTES RECEIVABLE CHESAPEAKE | 3,428.00 |
| **Total 17000-0 · NOTES RECEIVABLE OTHER CORPS** | 3,428.00 |
| **11000 · ACCOUNTS RECEIVABLE** | 14,792.94 |
| **14000-0 · DUE TO-FROM ALL CORPS** | |
| **14010-0 · TOTAL DUE TO-FROM NHA** | |
| DUE TO NHA | -8,455.32 |
| **Total 14010-0 · TOTAL DUE TO-FROM NHA** | -8,455.32 |
| **14011-0 · TOTAL DUE TO-FROM GLOBAL** | |
| DUE TO GLOBAL | -338.58 |
| **Total 14011-0 · TOTAL DUE TO-FROM GLOBAL** | -338.58 |
| **14000-1 · TOTAL DUE TO- FROM MD** | |
| DUE TO MD | 3,192.15 |
| **Total 14000-1 · TOTAL DUE TO- FROM MD** | 3,192.15 |
| **14000-2 · TOTAL DUE TO-FROM NJ** | |
| DUE TO NJ | -12,067.90 |
| DUE FROM NJ | 1,391.08 |
| **Total 14000-2 · TOTAL DUE TO-FROM NJ** | -10,676.82 |
| **14000-3 · TOTAL DUE TO-FROM DPN** | |
| DUE TO DPN | -16,598.17 |
| DUE FROM DPN | 16,745.28 |
| **Total 14000-3 · TOTAL DUE TO-FROM DPN** | 147.11 |
| **14000-4 · TOTAL DUE TO-FROM CPA** | |
| DUE TO CPA | -286,958.59 |
| DUE FROM CPA | 194,236.69 |
| **Total 14000-4 · TOTAL DUE TO-FROM CPA** | -92,721.90 |
| **14000-5 · TOTAL DUE TO-FROM VA** | |
| DUE TO VA | -11,307.07 |
| DUE FROM VA | 7,360.00 |
| **Total 14000-5 · TOTAL DUE TO-FROM VA** | -3,947.07 |
| **14000-8 · TOTAL DUE TO-FROM OC MIDA BASE** | |
| DUE FROM OC MIDA BASEMENT | 2,402.00 |
| **Total 14000-8 · TOTAL DUE TO-FROM OC MIDA BASE** | 2,402.00 |
| **14000-9 · TOTAL DUE TO-FROM CHESAPEAKE** | |
| DUE TO CHESAPEAKE | -203.00 |
| **Total 14000-9 · TOTAL DUE TO-FROM CHESAPEAKE** | -203.00 |
| **14012-0 · TOTAL DUE TO-FROM CALL CENTER** | |
| DUE FROM MIDA CALL CENTER | 31,150.00 |

# Mid-Atlantic Systems of WPA Inc.
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| Total 14012-0 · TOTAL DUE TO-FROM CALL CENTER | 31,150.00 |
| Total 14000-0 · DUE TO-FROM ALL CORPS | -79,451.43 |
| 19999 · INVENTORY | 9,404.33 |
| **Total Other Current Assets** | -51,826.16 |
| **Total Current Assets** | -45,068.38 |
| **Fixed Assets** | |
| 15000 · FIXED ASSETS | |
| 15000-2 · FURNITURE & FIXTURES | 13,172.63 |
| 15100-1 · MACHINERY & EQUIPMENT | 26,771.80 |
| **Total 15000 · FIXED ASSETS** | 39,944.43 |
| 16000 · LESS ACCUM DEPREC DEPRECIATION | |
| 16000-1 · ACCUM DEPREC FURN/FIX | -11,879.44 |
| 16200-1 · ACCUM DEPREC VEHICLES | -4,776.00 |
| 16400-1 · ACCUM DEPREC EQUIPMENT | -25,365.08 |
| **Total 16000 · LESS ACCUM DEPREC DEPRECIATION** | -42,020.52 |
| **Total Fixed Assets** | -2,076.09 |
| **Other Assets** | |
| 19010-0 · SECURITY DEPOSITS | |
| 19020-1 · ELECTRICAL DEPOSIT | 115.32 |
| 19030-1 · OFFICE RENT SECURITY DEPOSITS | 1,138.90 |
| **Total 19010-0 · SECURITY DEPOSITS** | 1,254.22 |
| **Total Other Assets** | 1,254.22 |
| **TOTAL ASSETS** | **-45,890.25** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20100 · ACCOUNTS PAYABLE | 25,921.87 |
| 27000 · PAYROLL EXPENSE PAYABLE | -635.78 |
| **Total Accounts Payable** | 25,286.09 |
| Credit Cards | |
| 10400-0 · M&T VISA | 9,858.39 |
| **Total Credit Cards** | 9,858.39 |
| Other Current Liabilities | |
| 21111-1 · PA NON RESIDENT SUB/VENDOR WH | 0.01 |
| 20500-1 · MANAGEMENT FEES DUE TO NHA | 11,824.15 |
| 20500-2 · MANAGEMENT FEES DUE TO GLOBAL | 19,338.96 |
| 20400 · CUSTOMER DEPOSITS | |
| REFUND DEP PA 7/8/14 | -91,035.14 |
| REFUND DEP OHIO 7/8/14 | -19,146.73 |
| REF DEP WEST VA 7/8/14 | -3,701.00 |
| 20400 · CUSTOMER DEPOSITS - Other | 114,555.27 |
| **Total 20400 · CUSTOMER DEPOSITS** | 672.40 |
| 20500 · BANK OVERDRAFT | 20,954.12 |
| 21000 · PAYROLL LIABILITIES | |
| 21140 · PA W/H | -744.43 |
| 21140-4 · LOCAL-PA EIT | 119.88 |
| 21140-5 · LOCAL-PA LST | 196.40 |
| 21300 · SUPPLEMENTAL BENEFITS | 297.96 |
| 21310 · INS-MEDICAL LIABILITY | 15,855.48 |
| 21400 · 401K EE CONTRIBUTIONS | 1,025.72 |

# Mid-Atlantic Systems of WPA Inc.
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| **21410 · 401K ER MATCHING CONTRIBUTION** | 488.25 |
| **21450 · 401K LOANS RECEIVABLE** | 21.01 |
| **21500 · GARNISHMENTS** | 916.69 |
| **21000 · PAYROLL LIABILITIES - Other** | -7.81 |
| **Total 21000 · PAYROLL LIABILITIES** | 18,169.15 |
| **23440-0 · CORP INCOME TAXES PAYABLE** |  |
| **23440-2 · PA CORP INCOME TAXES PAYABLE** | -2,289.00 |
| **Total 23440-0 · CORP INCOME TAXES PAYABLE** | -2,289.00 |
| **24100-0 · NOTES DUE TO OTHER CORPORATIONS** |  |
| **24000-1 · NOTE PAYABLE TO MD** | 272,081.88 |
| **24000-5 · NOTE PAYABLE TO VA** | 36,090.65 |
| **24000-3 · NOTE PAYABLE TO DPN** | 169,790.21 |
| **24000-4 · NOTE PAYABLE TO CPA** | 456,232.33 |
| **Total 24100-0 · NOTES DUE TO OTHER CORPORATIONS** | 934,195.07 |
| **24300 · NOTE PAYABLE SHAREHOLDER** | 23,100.00 |
| **26000 · ACCRUED EXPENSES** |  |
| **26000-2 · ACCRUED LEGAL SETTLEMENTS** | 30,000.00 |
| **Total 26000 · ACCRUED EXPENSES** | 30,000.00 |
| **Total Other Current Liabilities** | 1,055,964.86 |
| **Total Current Liabilities** | 1,091,109.34 |
| **Total Liabilities** | 1,091,109.34 |
| **Equity** |  |
| **39000 · RETAINED EARNINGS** | -1,089,020.58 |
| **Net Income** | -47,979.01 |
| **Total Equity** | -1,136,999.59 |
| **TOTAL LIABILITIES & EQUITY** | -45,890.25 |