| Fill in this information to identify the case: | |
|---|---|
| Debtor name: **Mid-Atlantic Systems of WPA, Inc.** | |
| United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA** | ☐ Check if this is an amended filing |
| Case number (if known): | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Remcon Plastics, Inc.**<br>208 Shestnut Street<br>Reading, PA 19602-1809 | | | | | | $10,539.30 |
| **Elan Cardmember Service**<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | | | | | | $9,320.33 |
| **Torgent Management Co. LLC**<br>5909 Smithfield Street<br>McKeesport, PA 15135 | | | | | | $6,306.90 |
| **Richtech Industries**<br>P.O. Box 381<br>Avon, OH 44011 | | | | | | $6,119.64 |
| **Lowe's Business Account**<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | | | | | | $4,075.24 |
| **Enterprise Fleet Management**<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | | | | | | $2,627.24 |
| **Konica Minolta Business Sol.**<br>USA Dept. LA 22988<br>Pasadena, CA 91185-2988 | | | | | | $2,270.85 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Google LLC** **Dept 33654** **P.O. Box 39000** **San Francisco, CA 94139** | | | | | | $1,615.96 |
| **Wesley Toman** **616 Horne Road** **Smithton, PA 15479** | | | | | | $1,440.75 |
| **Rhino Products US Inc.** **1633 Thornwood Drive** **Heath, OH 43056** | | | | | | $1,426.00 |
| **Comfort Inn** **2250 North George Street** **York, PA 17406** | | | | | | $1,185.48 |
| **Xerox Financial Services** **P.O. Box 202882** **Dallas, TX 75320-2882** | | | | | | $1,171.35 |
| **Earth Contact Products LLC** **15612 S Keeler Terrace** **Olathe, KS 66062** | | | | | | $959.26 |
| **Pomerantz & Associates LLC** **1836 Metzerott Road TC-1** **Adelphia, MD 20783** | | | | | | $800.00 |
| **Peoples Gas/Equitable Gas Co.** **P.O. Box 644760** **Pittsburgh, PA 15264-4760** | | | | | | $787.46 |
| **Red Roof Inns** **P.O. Box 849800** **Dallas, TX 75284-9800** | | | | | | $764.63 |
| **Wex Bank** **P.O. box 4337** **Carol Stream, IL 60197-4337** | | | | | | $709.36 |
| **Federal Express** **P.O. Box 371461** **Pittsburgh, PA 15250-7461** | | | | | | $654.41 |

| Debtor | Mid-Atlantic Systems of WPA, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Corporate Promotions, Inc.**<br>**1283 Amy Court**<br>**Eldersburg, MD 21784** | | | | | | $435.37 |
| **Comcast Business**<br>**P.O. Box 3001**<br>**Southeastern, PA 19398-3001** | | | | | | $399.00 |